RETURN TO COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1st floor apartment of 50 Cypress Street, Providence, RI, occupied by Amir Ghaffar and further described as the 1st floor of a multi-family house, brown stain wooden house w/white trim. There are 3 mail boxes to the left of the main entrance facing that entrance with the name Ghaffar on one of the mail boxes. Picture attached to said warrant.

## SEARCH WARRANT

CASE NUMBER: 1:04M-56M

TO: Any Authorized Special Agent, ATF and any Authorized Officer of the United States

Affidavit(s) having been made before me by Scott Heagney (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

1st floor apartment of 50 Cypress Street, Providence, RI, occupied by Amir Ghaffar and further described as the 1st floor of a multi-family house, brown stain wooden house w/white trim. There are 3 mail boxes to the left of the main entrance facing that entrance with the name Ghaffar on one of the mail boxes. Picture attached to said warrant.

in the ______ District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 05-20-2004 (Date) between 6:00 AM AND 10:00 P.M (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in ~~the daytime - 6:00 A.M. to 10:00 P.M.~~) (at any time in the day ~~or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to DAVID L. MARTIN (U.S. Judge or Magistrate Judge) as required by law.

Attest: True Copy
DAVID A. DiMARZIO
By [signature] Deputy Clerk

5-13-04 at Providence, Rhode Island
Date and Time Issued / City and State

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

* See 21 USC 879

5

This form was electronically produced by Elite Federal Forms, Inc.



ATTACHMENT A TO SEARCH WARRANT AND
APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
1st Floor Apartment - 50 Cypress Street

Firearms; heroin; records of controlled substance transactions; documents containing names, addresses and telephone numbers of purchasers and suppliers of controlled substances; records and photographs indicating ownership, occupancy and control of the described premises; proceeds, such as United States currency, derived from controlled substance transactions; safety deposit box keys; and 3 bills of United States currency bearing serial numbers CE25241694L, EB04813928L, and CF48465557D.

AO 93 (Rev. 5/85) Search Warrant

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/13/04 | 5/17/04 5:00pm | AMIR GHAFFAR |

INVENTORY MADE IN THE PRESENCE OF

S/A JAMIE SCHIFFER, S/A SCOTT HEAGNEY AND OTHER ATF AGENTS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED RECEIPT FOR PROPERTY & CONTRABAND WHICH WAS SEIZED FROM 50 CYPRESS ST, 1st FLR., PROVIDENCE, RI.

RECEIPT IS 2 PAGES AND LISTS DESCRIPTION OF ITEMS SEIZED.

RECEIPT IS REFERENCED AND INCORPORATED HEREIN.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Scott T. Heagney

Subscribed, sworn to, and returned before me this date.

David L. Martin — U.S. Judge or Magistrate

5-26-04 — Date

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# RECEIPT FOR PROPERTY AND OTHER ITEMS

PAGE 1 OF 2

| CASE/INSPECTION NUMBER | CASE/INSPECTOR TITLE | OFFICE |
|---|---|---|
| 762070-04-0055 | Amir GHAFFAR / S/A Hengney | Providence |

| TAKEN FROM: *(Name, title, address, if appropriate)* | RECIPIENT: *(Name, title, address, if appropriate)* |
|---|---|
| 50 Cypress St. Providence RI | |
| **LOCATION OF TRANSFER OR SEIZURE:** | **BASIS FOR TRANSFER OR SEIZURE OF ITEMS:** Federal Search Warrant. |

| AMOUNT OR QUANTITY | DESCRIPTION OF ITEM(S) |
|---|---|
| ① $1020 00/100 | One thousand twenty dollars U.S. Currency $820 in twenties $200 in hundreds. Taken from safe in bedroom |
| ② found in rear spear room | (1) One gray box containing (1) baggie of white powder, (1) scale, (1) baggie of suspected heroin, bundle of blue wrapping papers |
| | (1) one gray box containing (1) bundle of blue wrapping paper, (60) bundles of suspected heroin wrapped in blue wrappers. |
| ③ found in living room | One gray box with suspected marijuana, (1) baggie of suspected marijuana. |
| ④ found in living room | One baggie containing suspected heroin. ~~[illegible]~~ |
| ⑤ Living Room | (3) Gray Empty Boxes |

I hereby acknowledge receipt of the above item(s) into my custody.

| RECEIVED BY: *(Signature)* | | | DATE |
|---|---|---|---|
| TURNED OVER TO PROVIDENCE P.D TFA SIGN [signature] | | | 5/17/04 |
| **TRANSFERRED BY:** *(Signature, if appropriate)* | **DATE** | **WITNESSED BY:** *(Signature)* | **DATE** |
| | | | |

ATF F 3400.23 (12-96)

1

*U.S. GPO: 1997-418-020/62315

[initials]

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# RECEIPT FOR PROPERTY AND OTHER ITEMS

PAGE 2 OF 2

| CASE/INSPECTION NUMBER | CASE/INSPECTOR TITLE | OFFICE |
|---|---|---|
| 762070-04-0055 | Amir Ghaffar / S/A Hengray | Providence |

| TAKEN FROM: *(Name, title, address, if appropriate)* | RECIPIENT: *(Name, title, address, if appropriate)* |
|---|---|
| 50 Cypress ST<br>Providence RI | |

| LOCATION OF TRANSFER OR SEIZURE: | BASIS FOR TRANSFER OR SEIZURE OF ITEMS: |
|---|---|
| | Federal Search Warrant |

| AMOUNT OR QUANTITY | DESCRIPTION OF ITEM(S) |
|---|---|
| (6) | (1) one .22 cal Round From Rear Left Bedroom. |
| (7) | (1) Electric Bill taken from Rear left Bedroom |
| (8) | Pictures From Rear Left Bedroom |
| (9) | One Envelop with Card Letter Addressed to Z. A. Ghaffar containing inmate record in card, Found in Rear bedroom. |
| (10) | One microcassette taken from Answering machine from Rear Bedroom. |

I hereby acknowledge receipt of the above item(s) into my custody.

| RECEIVED BY: *(Signature)* | DATE |
|---|---|
| TURNED OVER TO PROVIDENCE P.D. TFA Sion [signature] | 5/1/04 |

| TRANSFERRED BY: *(Signature, if appropriate)* | DATE | WITNESSED BY: *(Signature)* | DATE |
|---|---|---|---|
| | | | |

ATF F 3400.23 (12-96)



*U.S. GPO: 1997-418-020/62315

MDM